**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:
Michael R. Montgomery

Debtor(s).

Case Number: 26−40990−MJH
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS AND NOTICE OF PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Russell D. Garrett**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court on or before **December 31, 2026.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate. ***Any creditor who has filed a proof of claim already need not file another proof of claim.***

A Proof of Claim form may be filed electronically through the Court's website: www.wawb.uscourts.gov, **File a Proof of Claim**. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, paper claim forms can be submitted to the Court through the U.S. Mail at the address provided above.

There is no fee for filing the proof of claim.

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: September 28, 2026

Sarah E. Bogosian
Clerk of the Bankruptcy Court